# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER KHURASAN CONSTRUCTION COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JS INTERNATIONAL, INC., <br><br> Defendant. | Case No. 2:25-cv-00191-CDS-NJK <br><br> **Order** <br><br> [Docket Nos. 2, 3] |

Pending before the Court are Plaintiff's motion for writ of execution and motion for judgment debtor exam. Docket Nos. 2, 3.

"A corporation may appear in federal court only through licensed counsel." *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). *See also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel"). Here, William Reed Hayward specifically states that he is appearing *pro se* on behalf of Plaintiff. Docket No. 2 at 1-2, Docket No. 3 at 1-2, 11. Therefore, Plaintiff is in violation of the law requiring a corporation to appear through licensed counsel.

Accordingly, the motion for writ of execution and motion for judgment debtor exam are **DENIED** without prejudice. Docket Nos. 2, 3.

IT IS FURTHER ORDERED that Plaintiff must retain licensed counsel to represent it in this case and said counsel must enter an appearance on the Docket no later than **March 26, 2025.** The failure of an appearance of licensed counsel on behalf of Plaintiff may result in sanctions.

IT IS SO ORDERED.

Dated: February 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge