UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTER KHURASAN CONSTRUCTION COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>JS INTERNATIONAL, INC.,<br><br>       Defendant. | Case No. 2:25-cv-00191-CDS-NJK<br><br>**Order** |

On February 24, 2025, the Court ordered Plaintiff to retain licensed counsel to represent it in this case and for said counsel to enter an appearance on the Docket no later than March 26, 2025. Docket No. 4. On March 17, 2025, Plaintiff filed a motion for reconsideration to "dismiss [the] license lawyer [sic] request." Docket No. 5 at 1. The Court denied that motion and ordered Plaintiff to file, by April 21, 2025, a notice of appearance by counsel. Docket No. 6 at 1. Plaintiff violated that order. *See* Docket.

The Court again **ORDERS** Plaintiff to retain licensed counsel to represent it in this case and file a notice of appearance by May 7, 2025. The Court is not inclined to extend this deadline. **FAILURE TO COMPLY MAY RESULT IN CASE DISPOSITVE SANCTIONS.**

IT IS SO ORDERED.

Dated: April 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1